**Order entered April 10, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00322-CV

### IN RE WILBERT NORWOOD STARKS, Relator

**Original Proceeding from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-03474-2018**

# ORDER
Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     DAVID L. BRIDGES
        JUSTICE